**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| TRUSTEES of the MILWAUKEE | ) | |
| CARPENTERS DISTRICT COUNCIL | ) | |
| HEALTH FUND and MILWAUKEE | ) | |
| CARPENTERS APPRENTICESHIP FUND | ) | 18-cv-1991 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Judge Nancy Joseph |
| | ) | |
| PRECISION ATHLETIC FLOORING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that on April 11, 2019 pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the Trustees of the Milwaukee Carpenters District Council Health Fund and Milwaukee Carpenters Apprenticeship Fund voluntarily dismiss this action without prejudice.

By: /s/ Karen M. Rioux

Karen M. Rioux
McGann, Ketterman & Rioux
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax: (312) 251-9701
krioux@mkrlaborlaw.com